





- Buy #1 12/3/24
- Drugs pulled out of cup holder



- Buy #2 12/11/24
- Rice City
- 28g meth mixture
- Readily Identifiable via tattoos



